```
 1  BANNING MICKLOW BULL & LOPEZ
    Edward M. Bull, III, SBN 141996
 2  Eugene A. Brodsky, SBN 33691
    Jennifer L. Fiore, SBN 203618
 3  One Market, Steuart Tower, Suite 1440
    San Francisco, California 94105
 4  Telephone: (415) 399-9191 or (415) 543-1111
    Facsimile: (415) 399-9192
 5
    Attorneys for Plaintiff
 6  KHALID AHMED MEFTAH

 7  KEESAL, YOUNG & LOGAN
    A PROFESSIONAL CORPORATION
 8  John D. Giffin, SBN 89608
    Christopher A. Stecher, SBN 215329
 9  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
10  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
11
    Attorneys for Defendants
12  OSPREY SHIP MANAGEMENT, INC.
    and TERN SHIPHOLDING CORPORATION
13
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| KHALID AHMED MEFTAH, | ) Case No. C 04-2664 THE |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE DATE |
| vs. | ) |
| OSPREY SHIP MANAGEMENT, INC. and TERN SHIPHOLDING CORPORATION | ) Date:  September 2, 2005<br>) Time:  9:00 a.m.<br>) The Honorable Bernard Zimmerman |
| Defendants. | ) |

The Parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order Continuing the Settlement Conference date of September 2, 2005 for approximately 60 days.

Plaintiff Khalid Ahmed Meftah is still under active treatment and remains not fit for duty. Plaintiff's treating physicians, orthopedic surgeon, Adrian Rawlinson,

-1-                                                                 SF431018

08/22/2005 16:02 FAX 4159817729  KEESAL,YOUNG&LOGAN  @004/004

Case 3:04-cv-02664-TEH  Document 28  Filed 08/24/05  Page 2 of 2
Case 3:04-cv-02664-TEH  Document 27  Filed 08/23/2005  Page 2 of 2

M.D., and Taylor Smith, M.D., are considering whether spinal surgery consisting of a multi-level fusion is appropriate. Dr. Taylor Smith has obtained a second MRI and has referred Plaintiff for an Electromyography ("EMG"), which is scheduled for the second week in September 2005.

Until further diagnostic testing and consideration of surgery are completed, the parties will not be in a position to evaluate the case for settlement. No trial date has been set in this matter.

Based on the foregoing, the Parties hereby stipulate and respectfully request that the settlement conference scheduled for September 2, 2005, be continued for approximately 60 days.

IT IS SO STIPULATED.

DATED: August 22, 2005

*/s/ Christopher A. Stecher*
JOHN D. GIFFIN
CHRISTOPHER A. STECHER
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
OSPREY SHIP MANAGEMENT, INC.
and TERN SHIPHOLDING CORPORATION

DATED: August 22, 2005

*/s/ Edward M. Bull*
EDWARD M. BULL
EUGENE A. BRODSKY
JENNIFER L. FIORE
BANNING MICKLOW BULL & LOPEZ LLP
Attorneys for Plaintiff
KHALID AHMED MEFTAH

PURSUANT TO STIPULATION IT IS ORDERED THAT:

The Settlement Conference scheduled for September 2, 2005, is continued to Dec. 22, 2005 at 9:00 a.m.

Date: Aug. 24, 2005, 2005

*IT IS SO ORDERED*
*/s/ Bernard Zimmerman*
Judge Bernard Zimmerman

THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

- 2 -