BANNING MICKLOW BULL & LOPEZ, LLP
Edward M. Bull, III, SBN 141996
Eugene A. Brodsky, SBN 33691
Jennifer L. Fiore, SBN 203618
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone: (415) 399-9191 or (415) 543-1111
Facsimile: (415) 399-9192

Attorneys for Plaintiff
KHALID AHMED MEFTAH


KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION
John D. Giffin, SBN 89608
Christopher A. Stecher, SBN 215329
Four Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendants
OSPREY SHIP MANAGEMENT, INC.
and TERN SHIPHOLDING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID AHMED MEFTAH, <br><br> Plaintiff, <br><br> vs. <br><br> OSPREY SHIP MANAGEMENT, INC. and TERN SHIPHOLDING CORPORATION, <br><br> Defendants. | CASE NO. C 04-2664 TEH (BZ) <br><br> **STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE DATE** <br><br> Date: December 22, 2005 <br> Time: 9:00 a.m. <br> The Honorable Bernard Zimmerman |

The parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order Continuing the Settlement Conference date of December 22, 2005, for approximately 60-90 days.

Plaintiff's counsel has advised defense counsel that Mr. Meftah is still under active treatment and remains not fit for duty. Plaintiff was recently examined by orthopaedic surgeon, Richard C. Richley, M.D. A copy of his report was received

1  by Plaintiff's counsel on December 16, 2005, and forwarded to defense counsel on
2  December 19, 2005.  Dr. Richley has recommended aqua therapy to mobilize Mr.
3  Meftah and rehabilitate him in a nonweight bearing setting.  Dr. Richley has
4  advised that following rehabilitation and aqua therapy, as such time as Mr. Meftah
5  stabilizes, he may be a candidate for minimally invasive discoplasty, possibly an
6  endoscopic procedure at L4-5.
7       Consequently, the parties are not in a position to meaningfully evaluate the
8  case for settlement purposes at this time.  A trial date has not yet been set in this
9  matter.
10      Based on the foregoing, the parties hereby stipulate and respectfully request
11 that the settlement conference scheduled for December 22, 2005, be continued for
12 approximately 60-90 days.
13      IT IS SO STIPULATED.
14
15 Dated: December 20, 2005        BANNING MICKLOW BULL & LOPEZ LLP
16
17                                 By:    /s/ Jennifer L. Fiore
                                          EDWARD M. BULL, III
18                                        Attorneys for Plaintiff
                                          KHALID AHMED MEFTAH
19
20 Dated: December 20, 2005        KEESAL, YOUNG & LOGAN
21
22                                 By:    /s/ Christopher A. Stecher
                                          JOHN D. GIFFIN
23                                        Attorneys for Defendants
                                          OSPREY SHIP MANAGEMENT, INC.
24                                        and TERN SHIPHOLDING
                                          CORPORATION
25
26 ///
27
28 ///

1  **PURSUANT TO STIPULATION IT IS ORDERED THAT:**

2      The Settlement Conference set for December 22, 2005, be continued to

3  <u>February 22, 2006, at 9:00 a.m.</u>  Settlement conference statements shall be lodged

4  seven (7) days prior to the settlement conference.

5

6  Date: December 20, 2005                         */s/ Bernard Zimmerman*

7                                               THE HONORABLE BERNARD ZIMMERMAN
                                                UNITED STATES MAGISTRATE JUDGE