BANNING MICKLOW BULL & LOPEZ
Edward M. Bull, III, SBN 141996
Eugene A. Brodsky, SBN 33691
Jennifer L. Fiore, SBN 203618
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone: (415) 399-9191 or (415) 543-1111
Facsimile: (415) 399-9192

Attorneys for Plaintiff
KHALID AHMED MEFTAH

KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION
John D. Giffin, SBN 89608
Christopher A. Stecher, SBN 215329
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendants
OSPREY SHIP MANAGEMENT, INC.
and TERN SHIPHOLDING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KHALID AHMED MEFTAH, | Case No. C 04-2664 TEH |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RELIEVING PARTIES FROM PARTICIPATION IN SETTLEMENT CONFERENCE IN FAVOR OF PRIVATE MEDIATION |
| vs. | |
| OSPREY SHIP MANAGEMENT, INC. and TERN SHIPHOLDING CORPORATION | |
| Defendants. | |

The Parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order Relieving them from Participation in a Settlement Conference before Magistrate Judge Bernard Zimmerman.

Counsel for Plaintiff Khalid Ahmed Meftah ("Plaintiff") has advised defense counsel that Plaintiff is still under active treatment and remains not fit for duty.

- 1 -                                                                      SF438322

1  Consequently, the Parties are not in a position to meaningfully evaluate the case for
2  settlement purposes at this time.  No trial date gas been set in this matter, and the
3  Parties are still attempting to discover the nature and extent of Plaintiff's alleged
4  injuries.  The Parties have agreed to mediate this case before Jerry Spolter of JAMS.
5  The mediation is scheduled for August 22, 2006.
6         Based on the foregoing, the Parties hereby stipulate and respectfully
7  request that they be relieved from participation in a settlement conference before this
8  Court.
9         IT IS SO STIPULATED.

11  DATED:  February 15, 2006

    /s/ Christopher A. Stecher
    JOHN D. GIFFIN
    CHRISTOPHER A. STECHER
    KEESAL, YOUNG & LOGAN
    Attorneys for Defendants
    OSPREY SHIP MANAGEMENT, INC.
    and TERN SHIPHOLDING CORPORATION

16  DATED:  February 15, 2006

    /s/ Jennifer L. Fiore
    EDWARD M. BULL
    EUGENE A. BRODSKY
    JENNIFER L. FIORE
    BANNING MICKLOW BULL & LOPEZ LLP
    Attorneys for Plaintiff
    KHALID AHMED MEFTAH

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

The Settlement Conference scheduled for February 22, 2006, is taken off calendar.  In addition, the Parties are hereby relieved from participation in a Court-supervised settlement conference.

Date:  __Feb. 16__, 2006

*[signature]*

THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE

- 2 -                                                    SF438322

STIPULATION AND ORDER RELIEVING PARTIES FROM SETTLEMENT CONFERENCE – Docket No. C 04-2664 TEH