1  BANNING MICKLOW & BULL LLP
   Eugene A. Brodsky, SBN 33691
2  Kurt Micklow, SBN 113974
   Edward M. Bull, III, SBN 141996
3  One Market, Steuart Tower, Suite 1440
   San Francisco, California 94105
4  Telephone: (415) 399-9191or (415) 543-1111
   Facsimile: (415) 399-9192
5
   Attorneys for Plaintiff
6  KHALID AHMED MEFTAH

7  KEESAL, YOUNG & LOGAN
   A PROFESSIONAL CORPORATION
8  John D. Giffin, SBN 89608
   Christopher A. Stecher, SBN 215329
9  Four Embarcadero Center, Suite 1500
   San Francisco, CA 94111
10 Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
11
   Attorneys for Defendants
12 OSPREY SHIP MANAGEMENT, INC.
   and TERN SHIPHOLDING CORPORATION
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 KHALID AHMED MEFTAH,            )  CASE NO.  C 04-2664 TEH
                                   )
18          Plaintiff,              )
                                   )  **STIPULATION OF DISMISSAL**
19 vs.                             )
                                   )  **[Fed. R. Civ. P. Rule 41(a)(1)]**
20 OSPREY SHIP MANAGEMENT, INC.    )
   and TERN SHIPHOLDING            )
21 CORPORATION,                    )
                                   )
22          Defendants.             )
                                   )
23 _____ )

24
       Whereas the parties to this action have agreed to a settlement of all claims
25
   and all settlement funds have been paid to the Plaintiff,
26
       IT IS HEREBY STIPULATED by and among Plaintiff KHALID AHMED
27
   MEFTAH ("Plaintiff") and Defendants OSPREY SHIP MANAGEMENT, INC.
28

                                      1

STIPULATION OF DISMISSAL                               Case No. C 04-2664 TEH

1  and TERN SHIPHOLDING CORPORATION ("Defendants"), through their
2  respective counsel of record that this action is dismissed with prejudice pursuant to
3  Rule 41(a)(1) of the Federal Rules of Civil Procedure with each party to bear his or
4  its own attorney's fees and costs.

6  Dated: April 4, 2007                BANNING MICKLOW & BULL LLP

8                                      By:    /s/ Kurt Micklow
9                                             Kurt Micklow

10                                      Attorneys for Plaintiff
                                        KHALID AHMED MEFTAH

12 Dated: April 4, 2007                KEESAL, YOUNG & LOGAN

14                                      By:    /s/ John D. Giffin
15                                             John D. Giffin

16                                      Attorneys for Defendants
                                        OSPREY SHIP MANAGEMENT, INC.
17                                      and TERN SHIPHOLDING CORPORATION

**IT IS SO ORDERED**
Judge Thelton E. Henderson
04/04/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2